# AMENDED
## CERTIFICATE OF SERVICE

I, __Robert A. Schatzman, Esq.__, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on __January 15, 2010__ by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   IAS Administrations, Inc., 1311 N. New Hampshire Avenue, Los Angeles, CA 90027

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __February 23, 2010__    Signature: _[signature]_

| Print Name: | Robert A. Schatzman |
|---|---|
| Address: | GrayRobinson, P.A. 1221 Brickell Avenue, Suite 1650 |
| City: Miami | State: FL    Zip: 33131 |